**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. 13-cv-01723

HIGH COUNTRY CITIZENS' ALLIANCE, and
WILDEARTH GUARDIANS,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
BUREAU OF LAND MANAGEMENT,
DANIEL JIRÓN, in his official capacity as Regional Forester for the U.S. Forest Service's Rocky Mountain Region,
SCOTT ARMENTROUT, in his official capacity as Supervisor of the Grand Mesa, Uncompahgre, and Gunnison National Forests, and
HELEN HANKINS, in her official capacity as the Bureau of Land Management's Colorado State Office Director,

Defendants.

_____

**[PROPOSED] ORDER ON JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE FOR TEMPORARY RESTRAINING ORDER**
_____

This matter is currently before me on the parties' Joint Motion For Proposed Briefing Schedule For Temporary Restraining Order. The Court understands that counsel for lessees Ark Land Company and Mountain Coal Company, L.L.C., (Lessees) represent that they intend to move to intervene in this case. In addition, counsel for Lessees represent that Lessees will not implement the Sunset Trail Area Coal Exploration Plan until the conclusion of this Court's hearing on the Plaintiffs' TRO motion.

1

Having reviewed the motion, and finding good cause appearing, I GRANT the motion. The deadlines for briefing and argument on Plaintiffs' proposed motion for temporary restraining order shall be as follows:

Deadline for Plaintiffs filing a motion for TRO: <u>Friday July 5, 2013</u>

Deadline for Federal Defendants, and any intervenor-defendant or proposed intervenor-defendant, filing opposition to Plaintiffs' motion for TRO: <u>Tuesday July 9, 2013</u>

The Court sets the hearing on the TRO motion on <u>Thursday July 11, 2013 at 2 PM</u>.

IT IS SO ORDERED.

Dated: July 6, 2013, at Denver, Colorado.

BY THE COURT:

<u>s/ John L. Kane</u>

Senior U.S. District Judge

2