**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. 13-cv-01723-JLK

HIGH COUNTRY CITIZENS' ALLIANCE et al.,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE et al.,

    Defendants, and

ARK LAND COMPANY, INC., et al.,

    Intervenor-Defendants.

_____

**ORDER ON PLAINTIFFS HIGH COUNTRY CITIZENS' ALLIANCE ET AL.'S
UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**
_____

This matter is currently before me on the Plaintiffs High Country Citizens' Alliance et al.'s Unopposed Motion For Leave To File Second Amended Complaint, Doc. 28. There being good cause therefore, and because Federal Defendants and Intervenor-Defendants have consented to the filing, see Fed. R. Civ. P. 15(a)(2), the Court GRANTS the motion.

The Clerk is directed to file the Second Amended Complaint attached to Plaintiffs' motion.

1

IT IS SO ORDERED.

Dated: July 25, 2013

BY THE COURT:

*s/John L. Kane*
John L. Kane
Senior U.S. District Judge