# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01723 JLK

HIGH COUNTRY CITIZENS' ALLIANCE and
WILDEARTH GUARDIANS,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
BUREAU OF LAND MANAGEMENT,
UNITED STATES DEPARTMENT OF THE INTERIOR,
DANIEL JIRÓN, in his official capacity as Regional Forester for the U.S. Forest Service's Rocky Mountain Region,
SCOTT ARMENTROUT, in his official capacity as Supervisor of the Grand Mesa, Uncompahgre, and Gunnison National Forests, and
HELEN HANKINS, in her official capacity as the Bureau of Land Management's Colorado State Office Director,

    Defendants.

---

ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF BRIEFING SCHEDULE IN LIGHT OF LAPSE OF APPROPRIATIONS

---

Kane, J.

Upon consideration of the Federal Defendants' Unopposed Motion for a Stay of Briefing Schedule, Doc. 40, it is hereby ORDERED that the Motion is GRANTED and that the summary judgment briefing schedule set forth in the Parties' Joint Case Management Plan and approved by the Court, Doc. 37, is stayed during the current lapse

in federal appropriations.

Counsel for the Federal Defendants is directed to inform the Court and the Parties as soon as Congress restores federal appropriations, whereupon the Parties will meet and confer to determine what modifications to the Joint Case Management Plan are appropriate and will then submit a proposed modification to the Joint Case Management Plan for Court approval in light of those discussions.

IT IS SO ORDERED.

DATED: October 11, 2013

>BY THE COURT:
>
>*s/John L. Kane*
>JOHN L. KANE, U.S. SENIOR DISTRICT JUDGE