**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. 13-cv-01723-JLK

HIGH COUNTRY CITIZENS' ALLIANCE et al.,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE et al.,

    Defendants, and

ARK LAND COMPANY, INC., et al.,

    Intervenor-Defendants.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND CASE CAPTION, ECF. DOC. 60**
_____

    This matter is currently before the Court on Plaintiffs' Unopposed Motion to Amend Case Caption, filed March 19, 2014.

    IT IS HEREBY ORDERED that the Motion is GRANTED.  The Clerk of Court is instructed to amend the name of Plaintiff High Country Citizens' Alliance on the docket to "High Country Conservation Advocates, *formerly known as High Country Citizens' Alliance*." The full case caption shall reflect the new name in all future filings.

IT IS SO ORDERED.

1

2

DATED:     March 19, 2014             BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, U.S. Senior District Judge