# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01723- JLK

HIGH COUNTRY CONSERVATION ADVOCATES,
WILDEARTH GUARDIANS, and SIERRA CLUB,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
UNITED STATES DEPARTMENT OF AGRICULTURE,
BUREAU OF LAND MANAGEMENT,
UNITED STATES DEPARTMENT OF THE INTERIOR,
DANIEL JIRÓN, in his official capacity as Regional Forester for the U.S. Forest Service's Rocky Mountain Region,
SCOTT ARMENTROUT, in his official capacity as Supervisor of the Grand Mesa, Uncompahgre, and Gunnison National Forests, and
HELEN HANKINS, in her official capacity as the Bureau of Land Management's Colorado State Office Director,

    Defendants, and

ARK LAND COMPANY, INC., and MOUNTAIN COAL COMPANY, L.L.C.,

    Intervenor-Defendants.

_____

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS HIGH COUNTRY CONSERVATION ADVOCATES ET AL.'S
## MOTION FOR PRELIMINARY INJUNCTION
_____

    This matter is before the Court upon motion of Plaintiffs High Country Conservation Advocates et al. ("High Country Advocates") seeking a preliminary

injunction pursuant to Rule 65(a).  High Country Advocates seek to maintain the status quo and enjoin the U.S. Department of the Interior, the Bureau of Land Management (BLM), the U.S. Department of Agriculture, and the U.S. Forest Service (together, the "Agencies") from authorizing, allowing, implementing, or otherwise permitting Arch Coal and its subsidiaries (together, "Arch Coal") to begin any construction, bulldozing, or other operations implementing the Sunset Trail Area Coal Exploration Plan, approved by the Bureau of Land Management on June 27, 2013.

The Court has reviewed the High Country Advocates' Motion for Preliminary Injunction, the Memorandum in Support of the Motion, High Country Advocates' Opening Brief on the Merits, and exhibits submitted in support of the motion and brief. Based on the Court's review of these and other relevant filings in this matter,

IT IS HEREBY ORDERED that the High Country Advocates' Motion for Preliminary Injunction is GRANTED.  The Court finds that: (1) High Country Advocates are likely to prevail on the merits of their claims alleging the Agencies violated NEPA, or at a minimum demonstrate a "fair ground for litigation" on their claims, (2) immediate and irreparable injury will result to the High Country from road construction and the leveling of drill pads throughout the Sunset Roadless Area without adequate environmental review if an injunction does not issue, (3) the balance of harms tips heavily in the High Country Advocates' favor, and (4) the public interest in lawful

decisionmaking and environmental protection together weigh heavily in favor of issuing an injunction.

IT IS FURTHER ORDERED that pending a decision of this Court on the merits of High Country Advocates' claims, both the Agencies and Arch Coal, as well as their officers, agents, servants, employees, attorneys, any other person who is in active concert or participation with them, or any other party necessary for effective relief, are restrained and enjoined from authorizing, allowing, or implementing the Exploration Plan.

DATED: _____, 2014 at _____.
Denver, Colorado

_____
United States District Judge